IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL W. McALEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 11-00156 |
| INDEPENDENCE BLUE CROSS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *27th* day of *June*, 2011, upon consideration of the Motion of Independence Blue Cross to Dismiss Count II of Plaintiff's Complaint (Docket No. 5) and Plaintiff's Response in Opposition (Docket No. 7), it is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 5) is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.